Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARGARET SHERIDAN, Respondent, for the Death of JAMES SHERIDAN, v. TRAINER CONSTRUCTION COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants. — Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM BENSON, Respondent, for Compensation under the Workmen's Compensation Law, Respondent, v. GAULT BROTHERS AND HASSETT, Employer, and MARYLAND CASUALTY COMPANY, Insurer, Appellants.— Award affirmed. All concurred, except Lyon, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MINNIE JACOBOWITZ, Widow of AARON JACOBOWITZ, Deceased, on Behalf of Herself and Infant Children, Appellant, on Account of the Death of AARON JACOBOWITZ, v. EX-LAX MANUFACTURING COMPANY, Employer, and STATE INSURANCE FUND, Insurance Carrier, Respondents.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LILLIAN E. STEWART, Respondent, for Compensation for Herself and Children for the Death of WILLIAM M. STEWART, under the Workmen's Compensation Law, v. KNICKERBOCKER ICE COMPANY, Employer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by MOTIE LEVIN, Respondent, v. I. SOMER & SAMUEL NESTLE, Employers, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

DANIEL O'LOUGHLIN, Respondent, v. WILLIAM E. VALINTCOURT, Appellant.— Judgment and order affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting.

ELIZABETH A. POTTER, Appellant, v. THE FIRST NATIONAL BANK OF SUSQUEHANNA, PA., Respondent, Impleaded with JOHN J. POTTER.— Liberally construed the complaint foreshadows a cause of action, although the plaintiff is not entitled to the specific relief demanded. The judgment is, therefore, reversed and a new trial granted, without costs. All concurred.

MARY JANE PERKETT, Respondent, v. PETER PERKETT, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. ROBERT BEGUELIN, Appellant.— Motion denied.